JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NURA HAGOS FETIW, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LABORATORY CORPORATION OF AMERICA, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-05249-CV (BFMx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)** |

On September 22, 2025, the Parties filed a Stipulation for Dismissal of Complaint with Prejudice pursuant to a final and binding settlement agreement. The Court, having considered the Stipulation and good cause having been found, hereby GRANTS the Parties' Stipulation and ORDERS as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(2), all claims asserted in this action are hereby dismissed with prejudice, including without limitation, all claims asserted in the complaint filed by Plaintiff against Defendants.
2. The parties will each bear their own costs and attorneys' fees associated with this action.

**IT IS SO ORDERED.**

Dated: _____10/2/25_____

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE